# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Center for Biological Diversity et al,
    Plaintiff,

Case Number 3:08-cv-00159-RRB

v.

Salazar et al,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT: In light of the foregoing, the Motion for Summary Judgment at **Docket 41** is **DENIED,** the Motions for Summary Judgment at **Dockets 50** and **52** are **GRANTED,** and this matter is **DISMISSED.**

APPROVED:

   s/Ralph R. Beistline
United States District Judge

Date: January 8, 2010

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Ida Romack
Ida Romack, Clerk of Court

[308-cv-00159-RRB Judgment.wpd]{JMT2.WPT*Rev.3/03}